IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

DANIEL TURNER,

    Petitioner,

-vs-

ZACH ROECKEMAN,

    Respondent.                                  No. 11-cv-892-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the Court on Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. §2254.

**IT IS ORDERED AND ADJUDGED** that pursuant to the Memorandum and Order (Doc. 31) entered by this Court on December 3, 2013, the Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. §2254 is **DENIED** and the cause of action is **DISMISSED with prejudice**.

                                         NANCY J. ROSENSTENGEL,
                                         CLERK OF COURT


                                         BY:  *s/Sara Jennings*
                                                 **Deputy Clerk**

**DATED:** December 4, 2013

                         David R. Herndon
                         2013.12.04
                         09:50:31 -06'00'

APPROVED:
        CHIEF JUDGE
        U. S. DISTRICT COURT